# United States Bankruptcy Court
## District of Maryland

In re  **Lawrence Earl Leonard, Jr.**                                    Case No.  **19-20351**
                          Debtor(s)                                       Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **September 6, 2019**          **/s/ Lawrence Earl Leonard, Jr.**
                                       **Lawrence Earl Leonard, Jr.**
                                       Signature of Debtor

American Collections E
205 S Whiting St Ste 500
Alexandria, VA 22304


Automated Collection Services, Inc
2802 Opryland Drive
Nashville, TN 37214


Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130


Comptroller of Maryland
Revenue Administration Division
110 Carroll St.
Annapolis, MD 21411-0001


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7317
Philadelphia, PA 19101-7317


LVNV Funding
15 South Main Street
Greenville, SC 29601


Mason Dixon Funding, Inc
800 Kinf Farm Blvd
Suite 210
Rockville, MD 20850


Medstar
3800 Reservoir Rd Nw
Washington, DC 20007


Mid Atlantic Water & Sew
PO Box 96711
Washington, DC 20090

```
Mid-Atlantic Water and Sewer Authority
c/o Stacy Pickett, Esq
264 Merrimac Court
PO Box 590
Prince Frederick, MD 20678


Pnc
3336 Wisconsin Ave NW
Washington, DC 20016


Portfolio Recovery
PO Box 12903
Norfolk, VA 23541


St. James at Accokeek HOA, Inc
c/o Stacy Pickett, Esq
264 Merrimac Court
PO Box 590
Prince Frederick, MD 20678


State of MD Central Collection Unit
300 West Preston Street
Baltimore, MD 21201


The Bierer Law Group, PA
PO Box 41667
Baltimore, MD 21203


Transworld Sys Inc/51
Pob 15273
Wilmington, DE 19850


Transworld Systems Inc
PO Box 15619
Dept 51
Wilmington, DE 19850
```

```
U S Dept Of Ed/Gsl/Atl
Po Box 4222
Iowa City, IA 52244
```