**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| IN RE: | *	CASE NO: 19-20351 | |
| Lawrence E. Leonard, Jr | * | |
| | *	CHAPTER 13 | |
| Debtor | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR EXTENSION OF DEADLINE**
**FOR FILING AMENDED CHAPTER 13 PLAN**

Now comes the Debtor, by his undersigned attorney, and requests that this Honorable Court grant an extension of time for the Debtor to file the Amended Chapter 13 Plan, and in support thereof states as follows:

1. The Debtor's Amended Plan is due to be filed no later than December 3, 2019 per the Order Denying Confirmation with Leave to Amend.

2. Counsel, with the Debtor's express consent, requests additional time for the Debtor to file the Amended Plan because the Debtor is in the process of retaining new counsel to represent him.

**WHEREFORE,** the Debtor hereby requests that this Honorable Court grant an extension for the Debtor to file the Amended Chapter 13 Plan in the above-referenced matter.

       /s/ Alon J. Nager, Esq.
Alon J. Nager, #28551
Nager Law Group, LLC
8180 Lark Brown Road, Suite 201
Elkridge, Maryland 21075
443-701-9669
Counsel for Debtor

**CERTIFICATE OF MAILING**

I hereby certify that on this 3rd day of December 2019 a copy of the Motion for Extension of Deadline for Filing the Amended Chapter 13 Plan in the above-captioned matter was served electronically upon the Chapter 13 Trustee.


/s/ Alon J. Nager, Esq.
Alon J. Nager, #28551

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:                                      *       CASE NO: 19-20351

Lawrence E. Leonard, Jr                     *

                                            *       CHAPTER 13

              Debtor                        *
                                            *
*       *       *       *       *       *       *       *       *       *       *       *       *

**ORDER ON DEBTOR'S MOTION FOR EXTENSION**
**FOR FILING AMENDED CHAPTER 13 PLAN**

Upon consideration of the Debtor's Motion for an Extension of Time to File the Amended Chapter 13 Plan, and any response thereto, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the deadline for filing the Amended Chapter 13 Plan is extended to the date listed above.

Cc:
Chapter 13 Trustee
Debtor
Debtor's Counsel

**END OF ORDER**